ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUT TONIAN, | CASE NO. 2:25-CV-03672-DJC-CSK |
| Plaintiff, | STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |
| v. | |
| KRISTI NOEM, ET AL., | |
| Defendants. | |

Defendants respectfully request to hold this case in temporary abeyance through July 14, 2026, which is 120 days from the currently scheduled asylum interview, and Plaintiff does not oppose. In this case, Plaintiff Arut Tonian alleges that the U.S. citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating Plaintiff's pending asylum application, Form I-589. USCIS has scheduled Plaintiff's asylum interview for March 16, 2026. Once the interview has been completed, USCIS will require additional time to complete its adjudication, including vetting and background checks.

While USCIS will continue to take steps to progress in its adjudication of this case, it cannot currently issue a decision on the asylum application and additional processing and vetting may be necessary pursuant to a USCIS policy issued on December 2, 2025. *See* Policy Memorandum, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries (PM-602-0192) *available at* https://www.uscis.gov/sites/default/files/

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE

document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf.  The Director of USCIS issued this policy, which places all asylum adjudications on hold, due to issues concerning national security and public safety.  *Id.* at 1–2.  The hold is intended to provide USCIS time to address vulnerabilities during the process and to conduct a comprehensive review of all policies, procedures, and guidance to better protect the national security and public safety of the United States.  The hold remains in effect until lifted by the Director of USCIS.  The Policy Memorandum further provides that within 90 days of issuance, USCIS will issue operational guidance.  *Id.* at 3.  Any requests to lift the hold due to litigation or other extraordinary circumstances must receive approval from the USCIS Director or Deputy Director.  *Id.* at 3.  Thus, the additional time requested is also necessary to determine how, if at all, the Policy Memorandum may affect the processes involved in the adjudication of this case.

*The remainder of this page is intentionally blank.*

The parties therefore stipulate that this matter be held in temporary abeyance through July 14, 2026. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A temporary abeyance in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. The parties further request that all other filing and case management deadlines, including any initial scheduling conference, be similarly vacated.

Dated: February 17, 2026

ERIC GRANT
United States Attorney

By: */s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney

*/s/ Regina Jacobson*
REGINA JACOBSON
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: February 17, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE