ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUT TONIAN, | CASE NO.  2:25-CV-03672-DJC-CSK |
| Plaintiff, | ORDER RE: DISMISSAL |
| v. | |
| KRISTI NOEM, ET AL., | |
| Defendants. | |

The parties hereby stipulate to the dismissal of this case in its entirety, as the pending application has now been adjudicated.

**IT IS SO ORDERED.**

Dated:  August 12, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE